UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABEL LUNA VALDEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:24-cv-01442-DJC-CKD<br><br><br>ORDER |

　　　　This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 30.  Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security denying an application for Supplemental Security Income ("SSI") under Title XVI of the Social Security Act.

　　　　On August 18, 2025, the Magistrate Judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections.  The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

////

Accordingly, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion for summary judgment (ECF No. 9) is granted;
2. The Commissioner's cross motion for summary judgment (ECF No. 11) is denied;
3. The Clerk of Court shall enter judgment for plaintiff;
4. This matter is remanded for further administrative proceedings consistent with this order; and
5. The Clerk of the Court is directed to closed this case.

IT IS SO ORDERED.

Dated:   **September 22, 2025**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE